COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Molina Healthcare, Inc.

Appellate case number:        01-20-00582-CV

Trial court case number:      2017-77084

Trial court:                   113th District Court of Harris County

On August 18, 2020, relators, Molina Healthcare, Inc. and Molina Healthcare of Texas, Inc., filed a petition for writ of mandamus challenging four orders of the trial court, including an August 15, 2020 order, which relators assert would require the production of privileged materials, and the trial court's August 15, 2020 order denying relators' motion for continuance of the September 7, 2020 trial setting.

On September 15, 2020, we entered an order granting relators' motion to temporarily seal the mandamus record pending entry of a trial court order on the parties' Rule 76a request to permanently seal the record. In addition to seeking to have the mandamus record sealed, relators have also filed an unopposed motion for leave to submit certain documents *in camera*.

Specifically, relators' motion requests that we permit relators to submit for *in camera* inspection the potentially privileged documents which were ordered to be produced pursuant to the trial court's August 15, 2020 order, challenged by relators' in this mandamus petition. According to the motion, the documents which relators seek to submit *in camera* to this Court are the same documents which were reviewed *in camera* by the trial court.

Relators' motion is **granted**. Within fifteen days of the date of this order, relators are directed to deliver to the Clerk of this Court the same *in camera* submission as was made to the trial court. Such submission of documents may be made via CD or flash drive.

It is so ORDERED.

Judge's signature: __/s/ Evelyn V. Keyes_____
                ☑ Acting individually    ☐ Acting for the Court

Date: __October 6, 2020_____